1  Zieve, Brodnax & Steele, LLP
   Erin M. McCartney, Esq. #308803
2  Leslie M. Klott, Esq. #279622
   Mark S. Krause, SBN 302732
3  30 Corporate Park, Suite 450
   Irvine, CA 92606
4  Phone:       (714) 848-7920
   Facsimile:   (714) 908-7807
5  Email:       bankruptcy@zbslaw.com

6  Counsel for Movant, Bank of America, N.A.

7

8

9              UNITED STATES BANKRUPTCY COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12  In re:                                  Case No.: 17-50259

13                                          RS No.: MSK-16664
    Truong Duy Ngo, aka Truong D. Ngo, aka
14  Kevin Ngo,                              Chapter: 13

                    Debtors.               **STIPULATION FOR ADEQUATE**
15                                          **PROTECTION RE MOTION FOR**
                                            **RELIEF FROM THE AUTOMATIC**
16                                          **STAY**

17                                          **Hearing:**
                                            Date: August 17, 2017
18                                          Time: 10:00 a.m.
                                            Place: Courtroom 3020
19                                                 U.S. Bankruptcy Court
                                                   280 South First Street
20                                                 San Jose, CA 95113

21
        It is hereby ordered by and between Movant, Bank of America, N.A., and Truong Duy
22
    Ngo ("Debtor"), as follows:
23
        1.  **IT IS HEREBY STIPULATED** that the automatic stay as it affects Movant's
24
    interest in the real property generally described as **2778 Scottsdale Drive, San Jose,**

                                            1

CA 95148 ("Property") shall remain in effect, unless otherwise extinguished by operation of law, provided Debtors comply with all of the provisions set forth below.

2. **IT IS FURTHER STIPULATED** that Debtor shall maintain regular monthly payments on Movant's first deed of trust obligation, in a timely fashion, beginning with the September 1, 2017 payment, and continuing thereafter on the first (1st) day of each month. Payments are due on the first (1st) day of each month and are delinquent after the fifteenth (15th) day of each month. The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due to Movant hereunder shall be paid to Movant at the following address:

> Shellpoint Mortgage Servicing
> PO Box 740039
> Cincinnati, OH 45274-0039

3. **IT IS FURTHER STIPULATED** that Debtors shall cure the post-petition default computed through August 1, 2017 as follows:

| | | |
|---|---|---|
| 6 payment @ $2,592.47 | (03/01/17 – 08/01/17) | $15,554.82 |
| Attorney's Fees and Costs | | $1,031.00 |
| Suspense Account | | ($373.23) |
| Post-Petition delinquency | | $16,212.59 |

4. **IT IS FURTHER STIPULATED** In addition to the regular monthly post-petition payments, Debtors shall tender a lump sum payment of $6,761.00 on or before August 30, 2017. The remaining balance of $9,451.59 shall be cured by eleven (11) monthly installments of $787.63 each and one monthly installment of $787.66 commencing September 15, 2017 and continuing thereafter through and including August 15, 2018.

**IT IS FURTHER STIPULATED** that in the event Debtor fails to timely or properly comply with the payment provisions set forth in paragraphs 2, 3 or 4 hereinabove, Movant may serve a written Notice of Default on Debtors via first class mail and on Debtors

2

counsel via first class mail and facsimile. Debtors shall then have ten (10) days from the date of service of the Notice of Default within which to cure the existing breach. If Debtor fails to do so, then on the eleventh (11th) day, Movant may serve and lodge a Declaration Re: Non-Cure of Default, along with a final Order for Relief from the Automatic Stay. Upon the entry of said Order, the automatic stay in the above-entitled bankruptcy proceeding shall be immediately vacated and extinguished for all purposes as to Movant, and Movant may proceed with a foreclosure sale of the Property, pursuant to applicable state law, without further court order or proceeding, and thereafter take any action necessary to obtain complete possession of the Property.

5. **IT IS FURTHER STIPULATED** that if the loan secured by Movant's first deed of trust obligation is non-escrowed, then Debtors shall maintain property taxes and current hazard insurance for the Property, and provide proof of said insurance to Movant on a timely basis.

6. **IT IS FURTHER STIPULATED** that the acceptance by Movant of a late or partial payment(s) shall not act as a waiver of Movant's right to proceed hereunder.

7. **IT IS FURTHER STIPULATED** that the 14-day stay set forth in Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived for the purposes of both this Order and Order prospectively contemplated in paragraph 5 above.

8. **IT IS FURTHER STIPULATED** that the foregoing terms and conditions shall only be binding during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against Debtors.

9. **IT IS FURTHER STIPULATED** that Movant shall be permitted to offer and

3

provide Debtors with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtor.

  10. **IT IS FURTHER STIPULATED** Based on the foregoing, the hearing on Movant's Motion for Relief from the Automatic Stay scheduled for March 16, 2016 at 9:30 a.m. shall be taken off calendar.

**IT IS SO STIPULATED:**

Dated: August __15__, 2017      Zieve, Brodnax & Steele, LLP

              _____
              Erin M. McCartney, Esq.
              Attorney for Movant,
              Bank of America, N.A.

Dated: August __15__, 2017      Law Offices of Teresa Thu Huong Nguyen

              _____
              Teresa Thu Huong Nguyen, Esq.
              Attorney for Debtor,
              Truong Duy Ngo

           \*\*END OF ORDER\*\*

4

COURT SERVICE LIST

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

5